IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TONY M. BUONOCORE,

    Petitioner,                        No. CIV S-07-1164 GEB JFM P

    vs.

KUMA J. DABOO, et al.,        <u>ORDER</u>

    Respondents.

_____/

        Petitioner is a federal prisoner proceeding pro se with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On June 26, 2007, petitioner filed a request for appointment of counsel. By order filed February 7, 2008, this matter was referred to the Federal Defender for determination of whether petitioner is financially eligible for appointment of counsel and a report in writing thereon within fifteen days from the date of the order. On February 25, 2008, the Federal Defender reported to the court that a conference call was scheduled with petitioner for February 26, 2008.

/////

/////

/////

/////

1      Good cause appearing, IT IS HEREBY ORDERED that:

2      1. Within ten days from the date of this order the Federal Defender shall file a
3 report on whether petitioner is financially eligible for appointment of counsel and, if so, whether
4 the Federal Defender should be appointed to represent petitioner in this action; and

5      2. The Clerk of the Court is directed to serve a copy of this order on Carolyn M.
6 Wiggin, Assistant Federal Defender.

7 DATED: March 14, 2008.

                                             _____
                                             UNITED STATES MAGISTRATE JUDGE

12
buon1164.o