IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TONY M. BUONOCORE,

    Petitioner,               No. CIV S-07-1164 GEB JFM P

   vs.

KUMA J. DABOO, et al.,        ORDER

    Respondents.

_____/

        Petitioner is a federal prisoner proceeding pro se with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2241. By order filed February 7, 2008, respondents were directed to file an answer to the petition. On July 22, 2008, respondents filed a motion to dismiss the petition as premature. On August 25, 2008, petitioner filed an opposition to the motion to dismiss. On September 22, 2008, petitioner filed an amended petition.

        Petitioner is entitled to amend his petition once as of right prior to service of a responsive pleading. See Fed. R. Civ. P. 15; Rule 11, 28 U.S.C. foll. § 2254; see also James v. Giles, 221 F.3d 1074, 1077-78 (9th Cir. 2000). A motion to dismiss is not a responsive pleading for purposes of Rule 15. See Breier v. Northern Ca. Bowling Propeietors' Ass'n, 316 F.2d 787, 789 (9th Cir. 1963). Accordingly, petitioner is entitled to file the amended petition as of right.

/////

1

The filing of the amended petition moots respondents' motion to dismiss, which is directed at the original petition. The motion will therefore be denied. Since petitioner may be entitled to the relief requested in the amended petition if the claimed violation of federal rights is proved, respondents will be directed to file an answer to the amended petition.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Respondents' July 22, 2008 motion to dismiss is denied as moot;

2. Respondents are directed to file an answer to the amended petition within forty-five days from the date of this order. <u>See</u> Rule 4, Rules Governing Section 2254 Cases. Respondents shall include with the answer any and all transcripts or other documents relevant to the determination of the issues presented in the application. Rule 5, Rules Governing Section 2254 Cases; and

3. Petitioner's traverse, if any, is due on or before thirty days from the date respondents' answer is filed.

DATED: September 30, 2008.

UNITED STATES MAGISTRATE JUDGE

12
buon1164.amd